```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MINDEN PICTURES, INC.,                                      :
                                                            :
                             Plaintiff,                     :
                                                            :         19-cv-10401 (VSB)
              -against-                                     :
                                                            :             ORDER
CL MEDIA HOLDINGS LLC,                                      :
                                                            :
                             Defendant.                     :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' joint status letter, dated February 19, 2021, which proposes a briefing schedule for Plaintiff's summary judgment motion and requests that the case be stayed pending resolution of Plaintiff's summary judgment motion. (Doc. 42.) Discovery was set to close on February 22, 2021. If discovery has in fact been completed, the remaining event in this case is trial, which will be stayed pending resolution of Plaintiff's summary judgment motion. The parties therefore are directed to inform the Court whether discovery has been completed.

ORDERED that, by March 1, 2021, the parties file a joint letter informing the Court whether discovery has been completed.

IT IS FURTHER ORDERED that Plaintiff's summary judgment motion shall be filed by March 5, 2021; opposition papers shall be filed by March 19, 2021; and reply papers shall be filed by March 26, 2021.

SO ORDERED.

Dated: February 22, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge