UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MINDEN PICTURES, INC.,                  :
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :        19 Civ. 10401
                                        :             (DLC)
CL MEDIA HOLDINGS LLC d/b/a WILD SKY     :
MEDIA CO. LTD.,                         :             ORDER
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    This case was reassigned to this Court's docket on

September 9, 2021.  The plaintiff's motion for partial summary

judgment is currently pending before this Court.  Pursuant to

this Court's individual practices in civil cases, it is hereby

    ORDERED that the parties shall, by September 29, 2021,

provide courtesy copies of all briefing submitted in connection

with the plaintiff's motion for partial summary judgment to

Chambers by delivery to the United States Courthouse, 500 Pearl

Street, New York, New York.


Dated:    New York, New York
          September 24, 2021


                            _____
                                    DENISE COTE
                            United States District Judge