```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MINDEN PICTURES, INC.,                  :
                                        :
                    Plaintiff,          :
          -v-                           :    19 Civ. 10401
                                        :       (DLC)
CL MEDIA HOLDINGS LLC d/b/a WILD SKY    :
MEDIA CO. LTD.,                         :    ORDER
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case was reassigned to this Court's docket on September 9, 2021. Accordingly, it is hereby

ORDERED that a telephone conference is scheduled for October 6, 2021 at 11:00 a.m. The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:  888-363-4749
    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:  New York, New York
     September 24, 2021

            _____
                DENISE COTE
            United States District Judge