```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   19cv10401 (DLC)
MINDEN PICTURES, INC.,                   :
                                         :        ORDER
                            Plaintiff,   :
            -v-                          :
                                         :
CL MEDIA HOLDINGS LLC d/b/a WILD SKY     :
MEDIA CO. LTD.,                          :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on October 6, 2021, it is hereby

ORDERED that the parties shall, by **October 8, 2021**, file on ECF a letter no longer than two pages explaining how the parties would like to proceed with plaintiff's outstanding claim for violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202.

SO ORDERED:

Dated:   New York, New York
         October 6, 2021

                              _____
                                    DENISE COTE
                              United States District Judge